

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

APR 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>PLAINTIFF | CASE NO. 2:06-CR-0129 - WBS |
| vs. | DESIGNATION OF COUNSEL |
| JORGE FERNANDEZ DUARTE<br>DEFENDANT | [SUBSTITUTION OF ATTORNEY] |

JORGE FERNANDEZ DUARTE, (Defendant) hereby Designates/Substitutes:

Preciliano Martinez
801 15th Street, Suite F
Modesto, CA 95354
(209) 579-2206 Main
(209) 579-2211 Fax
as attorney of record in place instead of:

_____
DENNIS WALKS
Dated: 4-19-06

I consent to the above substitution.

_____
JORGE FERNANDEZ DUARTE
Dated: 4-19-06

I am duly admitted to practice in this district.
Above substitution accepted.

_____
PRECILIANO MARTINEZ
Dated: 4-19-06

Approved: _____
UNITED STATES DISTRICT JUDGE
Dated: 4/24/2006

NOTE: Please check appropriate box to indicate whether new counsel was:

[x] retained or, [ ] appointed by the Court.

SUBSTITUTION OF ATTORNEY