PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JORGE FERNANDEZ DUARTE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-CR-129-WBS |
|     Plaintiff, ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | DATE:   November 29, 2006 |
| JORGE FERNANDEZ DUARTE ) | TIME:    9:00a.m. |
|     Defendant ) | Judge:   HON. WILLIAM B. SHUBB |

IT IS HEREBY STIPULATED by and between Assistant United States

Attorney Jason Hitt, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel

for Defendant Jorge Fernandez Duarte that the Sentencing date scheduled for

October 4, 2006, be vacated and the sentencing be continued to this court's

calendar on November 29, 2006 at 9:00 a.m.

The court is advised that counsel have conferred about this request, that

they have agreed to November 29, 2006 date and that Mr. Hitt has  authorized

Preciliano Martinez to sign this stipulation on his behalf.

1

IT IS SO STIPULATED

DATED: October 2, 2006                    /s/ Preciliano Martinez
                                          PRECILIANO MARTINEZ
                                          Attorney for Defendant
                                          Jorge Fernandez Duarte


Dated: October 2, 2006                    /s/Jason Hitt

                                          JASON HITT
                                          Assistant United States
Attorney

                                          Attorney for Plaintiff

2

PDF created with pdfFactory trial version www.pdffactory.com

1

ORDER

2

3  IT IS SO ORDERED.

4

5  Dated: October 4, 2006

6  _____
   WILLIAM B. SHUBB

7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com